UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VANDAKAY G. VICKERS, | Case number: 2:25-cv-06852 |
| Plaintiff, | |
| -against- | PLAINTIFF'S DEMAND FOR JURY TRIAL |
| WAL-MART STORES EAST, LP and WALMART INC., | |
| Defendant. | |

---

**COUNSELORS:**

PLEASE TAKE NOTICE that Pursuant to Federal Rule of Civil Procedure 38, the plaintiff hereby demands a jury trial of the above entitled action.

Dated: Forest Hills, New York
      December 16, 2025

*salahshawa*
_____
By: Salah Shawa, Esq.
Bar No.: 7534894
ELLIOT IFRAIMOFF & ASSOCIATES, P.C.
Attorneys for Plaintiff
118 35 Queens Blvd., Suite 1250
Forest Hills, New York 11375
(718) 205 1010
salah@askelliot.com

To:
O'CONNOR & O'CONNOR,
Attorneys for Defendant
7 Bayview Avenue Northport,
New York 11768 (631) 261-7778
File No.: WM 25-841 M